**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
| Shannon C. Sainato | : | |
| Jason A. Sainato | : | Bankruptcy Case No.: 20-14634-MDC |
| Debtor(s) | : | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the <u>Employee Income Records</u> filed on December 3, 2020 at Docket Entries #<u>8.</u>

DATED: 1/19/2021                     BY:   <u>*/s/ Brad J. Sadek*</u>
                                          Brad J. Sadek, Esq.
                                          Sadek and Cooper Law Offices
                                          1315 Walnut Street, Suite 502
                                          Philadelphia, PA 19107
                                          215-545-0008
                                          Attorney for Debtors