**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Shannon C. Sainato | : | |
| Jason A. Sainato | : | Case No. 20-14634-MDC |
| Debtors | : | |

**O R D E R**

AND NOW, upon consideration of Motion to Redact Docket entry, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that Docket Entry Number 8 is REDACTED from the public record.

Dated: March 24, 2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE